**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7645**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

OSMOND O'NEIL CHRISTIE,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CR-97-2, CA-00-108-2)

———————

Submitted:  January 11, 2001          Decided:  January 19, 2001

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Osmond O'Neil Christie, Appellant Pro Se.  William David Muhr,
OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Osmond O'Neil Christie seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), denying his motion to amend, and denying his motion filed under Fed. R. Civ. P. 59(e).  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Christie, Nos. CR-97-2; CA-00-108-2 (E.D. Va. Sept. 15, Sept. 22, & Sept. 27, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2